666

man *Phleger, Maurice E. Harrison,* and *John Ford Baecher* for petitioner. *Mr. Harold C. Morton* for respondents.

No. 182. STRATES ET AL. *v.* DIMOTSIS ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Keeling* for petitioners.

No. 184. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HORSESHOE LEASE SYNDICATE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Biddle* for petitioner. *Mr. George S. Atkinson* for respondent.

No. 185. PENNSYLVANIA-READING SEASHORE LINES *v.* CAWMAN, ADMINISTRATRIX. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Alfred E. Driscoll* for petitioner. *Mr. James H. McHale* for respondent.

No. 186. DE LA TORRE *v.* FIRST NATIONAL BANK OF NEW YORK. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Henry G. Molina* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 193. BAKER *v.* ARKANSAS. October 14, 1940. Petition for writ of certiorari to the Supreme Court of